AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| CHARLES INECHIEN, individually and on behalf of others similarly situated<br>v.<br>NICHOLS ALUMINUM, LLC, et al | )<br>)<br>)   Case Number:   3:11cv32<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/16/2012__ against __Plaintiffs__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk............................................................................................................... | $_____ |
| Fees for service of summons and subpoena................................................................... | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case........ | 2987.90 |
| Fees and disbursements for printing................................................................................ | _____ |
| Fees for witnesses (*itemize on page two*)..................................................................... | 1904.87 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case case........ | 167.40 |
| Docket fees under 28 U.S.C. 1923................................................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals........................................................... | _____ |
| Compensation of court-appointed experts....................................................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828...... | _____ |
| Other costs (*please itemize*)........................................................................................ | _____ |
| TOTAL | $   5060.17 |

*SPECIAL NOTE*: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service            ☐ First class mail, postage prepaid

☐ Other: _____

s/Attorney: _/s/ Kathleen M. Anderson_

Name of Attorney: Kathleen M. Anderson, Esq., Barnes & Thornburg LLP

For: __Defendant, Nichols Aluminium, LLC__                Date: __10/26/2012__
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                                *Deputy Clerk*                                *Date*

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME, CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| K. David Hirschey, The TASA Group<br>1166 DeKalb Pike<br>Blue Bell, PA 19422 | | | | | | | $1904.87 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1904.87 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Section 1924. Verification of bill of costs."
"Before any bill of costs is taxes, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**Rule 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs – other than attorneys' fees – should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

FWDS01 271126v1

## ITEMIZATION TO BILL OF COSTS
### CHARLES INECHIEN, individually and on behalf of others similarly situated
### vs.
### NICHOLS ALUMINUM, LLC.
### CASE NO. 3:11cv32

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE:**

| EXHIBIT | DESCRIPTION | |
|---|---|---|
| 1. | Depositions of Howard Spoon, Howard Hanson, Alma Do and Kristi Riley, taken on August 31 and September 2, 2011 | $ 326.60 |
| 2. | Deposition of Charles Inechien taken on September 22, 2011 | $ 515.40 |
| 3. | Deposition of K. David Hirschey taken on August 27, 2012 | $ 1,907.50 |
| 4. | Petersen Court Reporters for transcript of the hearing held on August 30, 2012 | $ 213.40 |
| 5. | E-transcript of the Deposition of Charles Inechien taken on September 22, 2011 | $ 25.00 |
| | **SUBTOTAL:** | **$ 2,987.90** |

**FEES FOR WITNESSES:**

| | | |
|---|---|---|
| 6. | K. David Hirschey, The TASA Group | $ 1,904.87 |
| | **SUBTOTAL:** | **$ 1,904.87** |

**FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE:**

Fee for copying of discovery materials and documents produced to the parties in response to discovery requests:

Discovery materials (i.e., initial disclosures, Interrogatory Answers, Responses to Requests for Production, etc):

70 pages x 2 = 140 copies x $.15 per copy                                $ 21.00

Fee for copying of documents produced to the parties in response to Plaintiffs' Discovery Requests:

    178 pages x 2 = 356 copies x $.15 per copy      $    53.40

Fee for color copies of photographs to be used as Trial Exhibits:

    93 pages x $1.00 per copy      $    93.00

    **SUBTOTAL:**      $    167.40

    **TOTAL:**      **$ 5,060.17**

FWDS01 271131v1



**Carson Reporting Inc.**

118 Third Avenue S.E., Suite 311
Cedar Rapids, Iowa 52401-1408
Telephone (319) 366-7450

# Invoice

| Date | Invoice # |
|---|---|
| 9/6/11 | C6201a |

**To**
Jennifer Stocker
Barnes & Thornburg, LLP
Attorneys at Law
171 Monroe Avenue N.W., Suite 1000
Grand Rapids, Michigan 49503-2694

| Pages / Hours | Description | Rate | Amount |
|---|---|---|---|
| | Depositions of Howard Spoon, Howard Hanson, Alma Do and Kristi Riley, taken on August 31, 2011 and September 2, 2011, at 111 E. 3rd Street, Suite 600, Davenport, Iowa, before Jane A. Carson, Certified Shorthand Reporter of the State of Iowa, in Inechien, et al vs. Nichols Aluminum, LLC, et al, No. 3:11-CV-32 | | |
| 214 | 2-side Scrunch Copies of Depositions and Indexes | 1.25 | 267.50 |
| 271 | Copies of Exhibits | 0.20 | 54.20 |
| | Postage | 4.90 | 4.90 |
| Thank you very much for your business. | | **Total** | **$326.60** |

Jane A. Carson, CSR, RPR, CRR
CARSON REPORTING INC.
FED ID: 42-1497839

Exhibit 1

**KELLY REPORTING**
P.O. Box 6305
Rock Island, IL 61201
(309) 788-3630    (309) 788-0284 FAX
Tax ID: 36-3204936

ATTORNEY JENNIFER J. STOCKER
Barnes & Thornburg, LLP
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

INVOICE NO.:   300698
INVOICE DATE:  9/28/2011
REPORTER:
Donna Kelly

ID#   36-3204936

Inechien v. Nichols Aluminum
No. 3:11-CV-32

| Date | Description | Amount |
|---|---|---|
| 9/22/2011 | Deposition of: Charles Inechien | |
| | Reporting Time | 100.00 |
| | Original, full, mini & e-mail | 409.50 |
| | Postage | 5.90 |
| | **Sub Total** | 515.40 |
| | **Paid** | 0.00 |
| | **Balance Due** | 515.40 |

**Exhibit 2**



1330 Jersey Avenue South
Minneapolis MN 55426
Phone: (763) 591-0535
Fax: (763) 591-0538

**Invoice**

EIN: 470942452

Kathleen M Anderson
Barnes & Thornberg - Fort Wayne
600 One Summit Square
110 East Wayne Street
Fort Wayne, IN 46802

| Invoice Date | Invoice # |
|---|---|
| 9/4/2012 | 53004cm |

Phone: (260) 423-9440   Fax: (260) 424-8316

| | |
|---|---|
| Job Date/Time: | 8/27/2012 9:30:00 AM |
| Case: | Charles Inechien, et al. vs. Nihols Aluminum, LLC, et al. |
| Case #: | 3:11-CV-32 |
| Witness: | Kenneth David Hirschey |
| Reporter(s): | Sara J. Wyckoff |
| Job Number: | 29041sr |

| | |
|---|---|
| Sub Total | $1,907.50 |
| Payments | $0.00 |
| Balance Due | $1,907.50 |

*Court Reporter | Rough Draft | Original & One Electronic Certified Transcript of Expert Videotaped Deposition*

**Method of Payment**

☐ Check Enclosed
Please Make Check Payable To:

**Depo International**

**Charge My Credit Card**
☐ VISA  ☐ MasterCard
☐ American Express

Signature (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

**Credit Card Number**

Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐

**Exp. Date   Security Code (from back of card)**

Daytime Phone

53004cm

**Exhibit 3**

**Petersen Court Reporters, Inc.**
317 Sixth Avenue, Suite 606
Des Moines, IA 50309-4115
Phone 515-243-6596
Fax 515-243-0316

| | |
|---|---|
| Barnes & Thornberg, LLP<br>600 One Summit Square<br>Fort Wayne, IN 46802<br><br>JENNIFER J. STOCKER, ESQ.<br><br>*Inechien v. Nichols Aluminum, et al.*<br>*Case No. 3:11-cv-00032, Hearing*<br>*Held before Magistrate Judge Walters* | INVOICE NO. 11932<br>INVOICE DATE: 9/19/2012<br>REPORTER:<br>Edie Daniels<br><br>ID#: 92-0182921 |

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 8/30/2012 | Federal Original - Expedited<br>E-mailed 9/19/12<br>E-filed with Clerk of Court 9/19/12 | 44.00 | 4.85 | 213.40 |

Sub Total 213.40
Paid 0.00
Balance Due 213.40

**Terms: Net 30**
**To avoid a finance charge next month, pay balance due within 60 days.**

*[handwritten: Check Sent via Mail 9/25/12 M]*

Exhibit 4

**KELLY REPORTING**
P.O. Box 6305
Rock Island, IL 61201
(309) 788-3630    (309) 788-0284 FAX
Tax ID: 36-3204936

ATTORNEY JENNIFER J. STOCKER
Barnes & Thornburg, LLP
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503

INVOICE NO. :   301001
INVOICE DATE:   10/02/2012
REPORTER:
Donna Kelly

ID#   36-3204936

Inechien v. Nichols Aluminum
No. 3:11-CV-32

| Date | Description | Amount |
|---|---|---|
| 10/02/2012 | Deposition of: Charles Inechien | |
| | E-Tran | 25.00 |
| | Sub Total | 25.00 |
| | Paid | 0.00 |
| | Balance Due | 25.00 |

**Exhibit 5**



# Technical Advisory Service for Attorneys • TASAmed • TASconsulting

Headquarters: 1166 DeKalb Pike • Blue Bell, PA 19422-1853 • 610-275-8272 • 800-523-2319 • Fax: 800-329-8272
experts@tasanet.com • www.tasanet.com • United Kingdom: 0800-89-1292

Please make payment to **The TASA Group, Inc.** and return with one copy to the above address.

**Invoice Date:** Sep-05-2012

**To:** Ann Brown-Graff, Esq.
Brady & O'Shea
2735 First Avenue S.E.
Cedar Rapids, IA 52402

**Phone:** (319)866-9277
**Fax:** (319)866-9280
**Fed. I.D.#:** 23-1569731

**RE:** [Charles Inechien, et al] v. Nichols Aluminum, et al

**Expert:** K. David Hirschey

**Terms:** Payable Upon Presentation    PLEASE WRITE THIS NUMBER ON YOUR CHECK    IA-56-0018-1101847

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 08/27/2012 | Deposition | 5.75 Hour(s) | 325.00 | 1,868.75 |
| | Subtotal for Professional Services | | | 1,868.75 |
| | Mileage | | | 14.52 |
| | Parking | | | 21.60 |
| | **Total Amount Due (USD)** | | | **1,904.87** |
| | Applied Monies Received 09/04/12 | | | 2,614.52 |
| | (Barnes & Thornburg ck #022236) | | | |
| | Refund Enclosed | | | 709.65 |

**\*\*Corrected Invoice\*\***

**Exhibit 6**

TA
Page 1 of 1

Consistent with the Expert's agreement with TASA, any further services of the Expert herein named, on this or any other matter, must be requested through TASA.
WE APPRECIATE YOUR BUSINESS. PLEASE CALL US AGAIN THE NEXT TIME YOU NEED AN EXPERT.